IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

04-0789   VRW
_____/

    Plaintiff and defendant Weber Aircraft LP (Weber) have filed a stipulation of dismissal without prejudice of all claims against Weber pursuant to FRCP 41(a)(1)(ii).  Doc #46.  Weber is the only named defendant remaining in this action; the other 50 defendants are identified as DOE defendants.  Accordingly, the remaining unnamed defendants are DISMISSED without prejudice.  The clerk is directed to CLOSE the file and TERMINATE all motions.

    SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER

United States District Chief Judge