LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY   045712
MICHAEL S. DANKO   111359
STEPHEN J. PURTILL   100102
KRISTINE K. MEREDITH   158243
SCOTT D. PEEBLES   227493
MARY BETH O'CONNOR   228591
OF COUNSEL
GARY L. SIMMS   096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

**STIPULATION OF DISMISSAL**

*Hansen v. American Airlines, Inc.;*
Case No. C 04-0789VRW

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December ___, 2007

_____
Barbara A. Hansen

-1-
STIPULATION TO DISMISSAL

| | |
|---|---|
| Dated: ~~December~~ 2/15/8 ~~, 2007~~ | O'REILLY & DANKO<br><br>By _[signature]_<br>Michael S. Danko<br>Attorneys for Plaintiff Hansen |
| | KENNEY & MARKOWITZ LLP |
| Dated: December ____, 2007 | By _____<br>Stephen C. Kenney<br>Attys. for American Airlines, Inc. |
| | CODDINGTON, HICKS & DANFORTH |
| Dated: ~~December~~ February 29, 2008 ~~, 2007~~ | By _[signature] Richard B._<br>Richard G. Grotch<br>Attys. for United Airlines, Inc. |

LAW OFFICES OF
O'REILLY & DANKO
PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December ___, 2007 | O'REILLY & DANKO |
| 3 | | |
| 4 | | By _____ |
| 5 | | Michael S. Danko |
| | | Attorneys for Plaintiff Hansen |
| 6 | | |
| 7 | | KENNEY & MARKOWITZ LLP |
| 8 | | |
| 9 | Dated: February 25, 2008 | By _____ |
| 10 | | Samantha Davies Hilton, Esq. |
| | | Attys. for American Airlines, Inc. |

CODDINGTON, HICKS & DANFORTH

Dated: December ____, 2007　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Richard G. Grotch
　　　　　　　　　　　　　　　　　　　　　Attys. for United Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 140
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL
*Hansen v. American Airlines, Inc.*